AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| GUADALUPE DAVILA-RAMIREZ | ) Case No. CR 22-1906 MLG |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GUADALUPE DAVILA-RAMIREZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I): Conspiracy to Transport and Harbor Aliens;

Counts 2-4: 8 U.S.C. §§ 1324(a)(1)(A)(iii), (a)(1)(B)(i) and (a)(1)(A)(v)(II): Harboring Illegal Aliens; Aiding and Abetting

Count 23: 18 U.S.C § 1956(h): Conspiracy to Commit Money Laundering.

Date: 10/17/2023

Issuing officer's signature: *N. Maestas*

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/17/23, and the person was arrested on *(date)* 10/24/23
at *(city and state)* Johnstown, CO.

Date: 10/25/23

Arresting officer's signature

B. Sumner / SA
*Printed name and title*