IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-cr-00171-STV

UNITED STATES OF AMERICA,

   Plaintiff,

v.

GUADALUPE DAVILA-RAMIREZ,

   Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Ms. Guadalupe Davila-Ramirez.

DATED at Denver, Colorado this 25th day of October, 2023.

                                            Respectfully submitted,

                                            <u>s/ John Parras</u>
                                            John Parras
                                            John Parras Law Office

                                            PO BOX 202647
                                            Denver, CO 80220
                                            (303) 600-3676
                                            jparras@mac.com